**Order entered August 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00996-CR
No. 05-14-00997-CR
No. 05-14-00998-CR

**MICHAEL JERARD RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-82939-2012, 416-82940-2012, 416-82942-2012**

## ORDER

The Court **GRANTS** court reporter Kristen Kopp's August 20, 2014 request to extend time to file the reporter's record to the extent that we **ORDER** Ms. Kopp to file the complete reporter's record, including exhibits, within **FORTY-FIVE DAYS** of the date of this order.

The clerk's records filed in the appeals do not contain the trial court's certifications of appellant's right to appeal. Completed certifications of the right to appeal are required in each case in which a defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, completed certifications that accurately reflect the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Chris Oldner, Presiding Judge, 416th Judicial District Court; Kristen Kopp, deputy official court reporter, 416th Judicial District Court; the Collin County District Clerk's Office; and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE